**Fill in this information to identify your case:**

Debtor 1    **James Allyn Harden**
              First Name              Middle Name            Last Name

Debtor 2    **Christine Lynn Harden**
(Spouse if, filing)  First Name         Middle Name        Last Name

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number   **6:18-bk-04726-CCJ**
(if known)

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1:   List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Kirby Salgado**<br><br>Description of property securing debt: **2011 Toyota Sienna 105,000 miles**<br>**VIN STDKA3DC48S008212** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: **US Bank NA**<br><br>Description of property securing debt: **6755 Calistoga Circle Port Orange, FL 32128 Volusia County**<br>**Homestead**<br><br>**Legal Description: Lot 838, Waters Edge Phase VIII, According to the Plat thereof as Recorded in Map Book 48, Pages 205-207 inclusive of the Publc Records of Volusia** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |

Official Form 108                    **Statement of Intention for Individuals Filing Under Chapter 7**               page 1

Debtor 1  **James Allyn Harden**
Debtor 2  **Christine Lynn Harden**                                    Case number (*if known*)  **6:18-bk-04726-CCJ**

| Creditor's name: | **Waters Edge HOA** | ■ Surrender the property. | ■ No |
| --- | --- | --- | --- |
| | | ☐ Retain the property and redeem it. | ☐ Yes |
| Description of property securing debt: | **6755 Calistoga Circle Port Orange, FL 32128  Volusia County Homestead** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | |
| | | ☐ Retain the property and [explain]: | |
| | **Legal Description:  Lot 838, Waters Edge Phase VIII, According to the Plat thereof as Recorded in Map Book 48, Pages 205-207 inclusive of the Publc Records of Volusia** | | |

| Part 2: | List Your Unexpired Personal Property Leases |
| --- | --- |

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| **Describe your unexpired personal property leases** | **Will the lease be assumed?** |
| --- | --- |
| Lessor's name:  Description of leased Property: | ☐ No   ☐ Yes |
| Lessor's name:  Description of leased Property: | ☐ No   ☐ Yes |
| Lessor's name:  Description of leased Property: | ☐ No   ☐ Yes |
| Lessor's name:  Description of leased Property: | ☐ No   ☐ Yes |
| Lessor's name:  Description of leased Property: | ☐ No   ☐ Yes |
| Lessor's name:  Description of leased Property: | ☐ No   ☐ Yes |
| Lessor's name:  Description of leased Property: | ☐ No   ☐ Yes |

Debtor 1  **James Allyn Harden**
Debtor 2  **Christine Lynn Harden**                                    Case number *(if known)*  **6:18-bk-04726-CCJ**

| Part 3: | **Sign Below** |

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  **/s/ James Allyn Harden**                                X  **/s/ Christine Lynn Harden**
   **James Allyn Harden**                                       **Christine Lynn Harden**
   Signature of Debtor 1                                        Signature of Debtor 2

   Date  **November 13, 2018**                                  Date  **November 13, 2018**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                            Chapter 7
                                                  Case no. 6:18-bk-04726-CCJ
 James Allyn Harden
 Christine Lynn Harden,

        Debtors.
_____/

**CERTIFICATE OF SERVICE OF STATEMENT OF
INTENTION FOR INDIVIDUALS FILING UNDER CHAPTER 7**

    I certify that a copy of Individual Debtor's Statement of Intention has been served by first class United States mail, postage prepaid, on November 13, 2018 to:

| | |
|---|---|
| Kirby Salgado<br>310 Kimberly Ann Ct<br>Alpharetta, GA 30004 | US Bank NA<br>60 Livingston Ave<br>Saint Paul, MN 55107 |
| Select Portfolio Servicing<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 | Waters Edge HOA<br>c/o Robert Robins, Esquire<br>Post Office Box 1649<br>Daytona Beach, FL 32115 |

    /s/ Frank M. Wolff
    Frank M. Wolff
    Florida Bar No. 319521
    Frank Martin Wolff, P.A.
    19 E. Central Blvd.
    Orlando, FL 32801
    Telephone (407) 982-4448
    Facsimile (407) 386-3364
    fwolff@fwolfflaw.com

    Attorneys for Debtor