ORDERED.

Dated:  January 04, 2019

_____
Cynthia C. Jackson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:                                                                      Case No. 6:18-bk-04726-CCJ

JAMES ALLYN HARDEN AND                               Chapter 7
CHRISTINE LYNN HARDEN,

      Debtors.
_____/

**ORDER GRANTING MOTION FOR RELIEF FROM STAY TO ENFORCE FINAL JUDGMENT OF FORECLOSURE IN FAVOR OF U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-FF18**
**[Re: 6755 Calistoga Cir, Port Orange, Florida 32128]**

**THIS CASE** came before the Court upon the *Motion for Relief from Automatic Stay to Enforce Final Judgment of Foreclosure* [D.E. #29] (the "*Motion*") filed by U.S. Bank National Association, as trustee, in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18 ("Secured Creditor"), pursuant to the negative notice provisions of Local Rule 2002-4. Having considered the Motion and the

absence of any record objection to the relief requested, the Court deems the Motion to be uncontested. Accordingly, it is:

**ORDERED:**

1. Secured Creditor's *Motion for Relief from Automatic Stay* is granted.

2. The automatic stay imposed by 11 U.S.C. §362 is terminated with respect to real property located at **6755 Calistoga Cir, Port Orange, Florida 32128** (the "Property"), legally described as:

> **LOT 838, WATERS EDGE PHASE VIII, ACCORDING TO THE PLAT THEREOF AS RECORDED IN MAP BOOK 48, PAGES 205-207 INCLUSIVE OF THE PUBLIC RECORDS OF VOLUSIA COUNTY FLORIDA**

3. The automatic stay is modified for the sole purpose of allowing Secured Creditor to complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the Property, to gain possession of said Property, to have such other and further *in rem* relief as is just, but the Secured Creditor shall not obtain *in personam* relief against the Debtors.

4. All communications sent by Secured Creditor in connection with proceeding against the Property including, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to Debtor(s).

5. Secured Creditor is awarded its attorneys' fees and costs of $526.00 which were incurred in filing its *Motion for Relief from the Automatic Stay*. The attorneys' fees and costs shall be recoverable as part of the mortgage debt pursuant to the loan documents under the available remedies available therein but shall not be a personal liability of Debtor(s).

6. The Court in its discretion waives the fourteen (14) day stay of the Order Granting Motion for Relief from Stay pursuant to Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

###

Attorney Wanda D. Murray is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.

**DEBTORS ATTORNEY**
**(via electronic notice)**
Frank M Wolff
fwolff@fmwpa.com

**DEBTORS**
James Allyn Harden
Christine Lynn Harden
6755 Calistoga Circle
Port Orange, FL 32128

**TRUSTEE**
**(via electronic notice)**
Dennis D Kennedy
trustee@ddkennedy.com

**UNITED STATES TRUSTEE**
**(via electronic notice)**
United States Trustee - ORL7/13
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801
USTP.Region21.OR.ECF@usdoj.gov