**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:                                                                Case No.6:18-bk-04726-CCJ
                                                                              Chapter 7
JAMES ALLYN HARDEN AND
CHRISTINE LYNN HARDEN,

      Debtors.
_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the *Order Granting Motion for Relief from Stay to Enforce Final Judgment of Foreclosure* [D.E. #30] for the *Motion for Relief from Automatic Stay to Enforce Final Judgment of Foreclosure* [D.E. #29] filed by U.S. Bank National Association, as trustee, in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18 was served via U.S. Mail, first-class postage prepaid, on January 8, 2019, upon:

James Allyn Harden
Christine Lynn Harden
6755 Calistoga Circle
Port Orange, FL 32128

All CM/ECF users were served electronically on January 4, 2019.

                              Respectfully Submitted,

                              Wanda D. Murray
                              Bar No.: 566381
                              Aldridge Pite, LLP
                              Attorney for Movant
                              Fifteen Piedmont Center  3575 Piedmont
                              Road, N.E., Suite 500  Atlanta, GA 30305
                              Phone: (404) 994-7400
                              Fax: (619) 590-1385
                              Email: WMurray@aldridgepite.com